JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE LYNN GRISMORE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | Case No. 5:21-cv-01914-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Regarding Summary Judgment [ECF No. 44]" filed substantially concurrently herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative pleading is the First Amended Complaint (the "Complaint") [ECF No. 23] of Plaintiff Renee Lynn Grismore.

3. Defendant Mercedes-Benz USA, LLC shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Renee Lynn Grismore.  Plaintiff Renee Lynn Grismore shall take nothing by way of her Complaint.  This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 8, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE